IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF OCEAN CITY, MARYLAND, *et al.*, ) ) ) *Plaintiffs*, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) INTERIOR, *et al.*, ) ) *Federal Defendants*, ) and ) ) US WIND, INC. ) ) *Defendant-Intervenor*. ) ) | Case No.: 1:24-cv-03111-SAG |

**MOTION TO STAY CASE
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay in the above-captioned case in light of the lapse of appropriations to the Department of Justice. In support of this motion, the undersigned states the following:

1. On September 18, 2025, the Court held a telephone conference and directed the parties to file a joint status report detailing further proceedings in this case. On September 26, the parties conferred regarding a schedule for further proceedings. On September 30, 2025, Defendant-Intervenor US Wind filed a letter request to schedule a conference, and the Court scheduled a telephone conference for October 7, 2025 at 11:00 a.m.

2. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

3. Absent an appropriation, Department of Justice attorneys for the Federal Defendants are prohibited from working, even on a voluntary basis, with few exceptions, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. Undersigned counsel for the Department of Justice therefore requests a stay of the case, including the scheduled October 7, 2025 telephone conference and the joint status report, until Congress has restored appropriations to the Department.

5. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, the Court reschedule the telephone conference at its earliest convenience. In the alternative, the Government proposes that the parties file a joint status report regarding further proceedings one week after Congress has appropriated funds for the Department.

6. Counsel for the United States conferred with counsel for Plaintiffs and US Wind. Plaintiffs consent to the proposed stay. US Wind does not consent and intends to file an opposition to this motion for a stay.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 2, 2025                        Respectfully submitted,

                                           ADAM R.F. GUSTAFSON
                                           Acting Assistant Attorney General

                                           */s/ Samuel Vice*
                                           SAMUEL VICE, Trial Attorney
                                           CA Bar No. 324687
                                           DEVON TICE, Trial Attorney
                                           CA Bar No. 357918

Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-514-4352 (Tice)
Email: devon.tice@usdoj.gov
Tel: 202-305-0434 (Vice)
Email: samuel.vice@usdoj.gov


BONNIE BALLARD
Trial Attorney, Maryland Bar No. 2211280027
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-1513
Fax: (202) 305-0275
Email: bonnie.m.ballard@usdoj.gov

*Attorneys for Federal Defendants*