IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **MAYOR AND CITY COUNCIL OF OCEAN CITY MARYLAND**, *et al.* | * |
| Plaintiffs, | * |
| v. | * Civil Action No: 1:24-cv-03111-SAG |
| **UNITED STATES DEPARTMENT OF THE INTERIOR**, *et al.* | |
| Defendants, | * |
| and | * |
| **US WIND, INC.** | |
| Defendant-Intervenor. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**[PROPOSED] ORDER REGARDING FEDERAL DEFENDANTS'/CROSS-DEFENDANTS' MOTION FOR A TEMPORARY STAY OF FURTHER PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS**

AND NOW, this __ day of _____, 2025, upon Consideration of the Federal Defendant's/Cross-Defendants' ("the Government") Motion of For a Temporary Stay of Further Proceedings In Light of Lapse of Appropriations (the "Motion") and any response thereto, it is hereby ORDERED that:

1. The Motion is DENIED; or,

2. In the Alternative, the Motion is GRANTED subject to a temporary stay of any action by the Government to reopen, vacate, remand, withdraw, rescind, or otherwise disrupt Defendant-Intervenor/Cross-Plaintiff US Wind, Inc.'s federal permits during the pendency of the Temporary Stay of Further Proceedings.

2

Dated: this \_\_\_ day of _____, 2025

 

_____
Hon. Stephanie A. Gallagher
United States District Judge