IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **MAYOR AND CITY COUNCIL OF OCEAN CITY MARYLAND**, *et al.* | * |
| | * |
| Plaintiffs/Cross-Defendants | * |
| v. | * |
| **UNITED STATES DEPARTMENT OF THE INTERIOR**, *et al.* | *   Civil Action No: 1:24-cv-03111-SAG |
| Defendants/Cross-Defendants | * |
| and | * |
| **US WIND, INC.** | * |
| Defendant-Intervenor/Cross-Plaintiff | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT-INTERVENOR AND CROSS-PLAINTIFF US WIND INC.'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and Section 705 of the Administrative Procedures Act, 5 U.S.C. § 705, Defendant Intervenor and Cross-Plaintiff US Wind Inc. ("US Wind") hereby moves this Court for a preliminary injunction of the decision of the United States Department of the Interior's ("USDOI"), in tandem with other Federal Defendants (collectively, "the Government"), to revoke the project's Construction and Operations Plan ("COP") approval (the "Revocation Decision") pending the Court's review of the merits of the Project's federal permits.

The grounds for this motion are fully set forth in US Wind's accompanying Memorandum of Points and Authorities, Exhibits thereto, and Declaration of Jeffrey Grybowski. A proposed order for the preliminary injunction is attached. US Wind requests that this Court waive any

injunction bond under Federal Rule of Civil Procedure 65(c) or 43 U.S.C. § 1349(a)(5).  *See, e.g., Nat'l Ass'n of Diversity Officers in Higher Educ. v. Trump*, 767 F. Supp. 3d 243, 291 (D. Md.), *opinion clarified*, 769 F. Supp. 3d 465 (D. Md. 2025) (waiving bond where fundamental constitutional rights are at stake).

For the reasons set forth in these documents, US Wind respectfully requests that the Court enter an Order granting a preliminary injunction against the Revocation Decision.

Dated: October 15, 2025

Respectfully submitted,

By: */s/ Toyja E. Kelley, Sr.*
Toyja E. Kelley, Sr. (D. Md. Bar No. 26949)
Emily Huggins Jones (*pro hac vice*)
Gregory L. Waterworth (D. Md. Bar No. 20938)
**TROUTMAN PEPPER LOCKE LLP**
701 8th Street, N.W., Suite 500
Washington, D.C. 20001
Telephone: (202) 220-6900
Facsimile: (202) 220-6945
toyja.kelley@troutman.com
emily.hugginsjones@troutman.com
greg.waterworth@troutman.com

Hilary Tompkins (*pro hac vice*)
Sean Marotta (*pro hac vice*)
**HOGAN LOVELLS US LLP**
555 13th Street N.W.
Washington, D.C. 20004
Telephone: (202) 637-5617
hilary.tompkins@hoganlovells.com
sean.marotta@hoganlovells.com

David Newmann (*pro hac vice*)
**HOGAN LOVELLS US LLP**
1735 Market St., 23d Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
david.newmann@hoganlovells.com

***Attorneys for Defendant-Intervenor and Cross-Plaintiff US Wind, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, a true and correct copy of the foregoing document was filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, which will give notice of the filing to all counsel of record.

By: */s/ Toyja E. Kelley, Sr.*
Toyja E. Kelley, Sr. (D. Md. Bar No. 26949)