IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **MAYOR AND CITY COUNCIL OF OCEAN CITY MARYLAND**, *et al.* | * |
| Plaintiffs/Cross-Defendants, | * |
| v. | |
| | * Civil Action No: 1:24-cv-03111-SAG |
| **UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.* | |
| Defendants/Cross-Defendants, | * |
| and | |
| **US WIND, INC.** | * |
| Defendant-Intervenor/Cross-Plaintiff. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PROPOSED ORDER**

Upon consideration of Defendant-Intervenor and Cross-Plaintiff US Wind, Inc's Motion for a Preliminary Injunction (the "Motion"), the accompanying memorandum, exhibits, and any argument offered by the parties, it is this _____ day of _____, 2025 hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 65 and 5 U.S.C. § 705, Defendants the United States Department of the Interior ("USDOI"), Secretary of the Interior Doug Burgum, Bureau of Ocean Energy Management ("BOEM"), BOEM Acting Director Matthew Giacona, National Marine Fisheries Service ("NMFS"), and NMFS Acting Assistant Administrator Eugenio Piñeiro Soler (collectively, "the Government"), and any person or entity acting in concert or participation with the Government, are preliminarily **RESTRAINED AND**

2

**ENJOINED**, pending conclusion of the proceedings before this Court, from taking any action to vacate, remand, withdraw, rescind, or in any way undermine US Wind's Construction and Operations Plan ("COP") approval; and it is further

**ORDERED** that the Government is preliminarily **RESTRAINED AND ENJOINED**, pending conclusion of the review proceedings before this Court, from: (1) modifying US Wind's COP approval except in strict accordance with the terms of Lease OCS-A 0490 and applicable BOEM regulations; and (2) violating US Wind's rights under Lease OCS-A 0490.

It is further **ORDERED** that this preliminary injunction shall take effect immediately and shall remain in effect pending final disposition of this action or further order of this Court; and it is further

**ORDERED** that the Government shall pay US Wind's costs and attorneys' fees pursuant to 43 U.S.C. § 1349(a)(5); and it is further

**ORDERED** that no security bond is necessary pursuant to Fed. R. Civ. P. 65(c) and 43 U.S.C. § 1349(a)(5).


Dated: this ___ day of _____, 2025


_____
Hon. Stephanie A. Gallagher
United States District Judge