IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF OCEAN CITY, MARYLAND, *et al.*,<br><br>    *Plaintiffs*,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    *Federal Defendants*,<br>and<br><br>US WIND, INC.<br><br>    *Defendant-Intervenor*. | Case No.: 1:24-cv-03111-SAG |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Having considered Federal Defendants' and Plaintiffs' Joint Motion for a one-week Extension of Time to Respond to Defendant-Intervenor's Motion for Preliminary Injunction in the above-captioned case, it is hereby **ORDERED** that the motion is **GRANTED**. Therefore, Federal Defendants and Plaintiffs are to respond to Defendant-Intervenor's Motion for Preliminary Injunction on or before November 5, 2025.

Dated: October 17, 2025

/s/
The Honorable Judge Stephanie A. Gallagher