IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **MAYOR AND CITY COUNCIL OF OCEAN CITY MARYLAND**, *et al.* | * |
| Plaintiffs/Cross-Defendants, | * |
| v. | |
| **UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.* | * Civil Action No: 1:24-cv-03111-SAG |
| Defendants/Cross-Defendants, | * |
| and | |
| **US WIND, INC.** | * |
| Defendant-Intervenor/Cross-Plaintiff. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Unopposed Motion to Extend Time in Which One May File A Motion for Leave to File *Amicus* Brief ("Motion"), it is this __21__ day of __October__, 2025 hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that any interested party shall have until October 29, 2025 to move for leave to file *amicus* briefs in support of the Motion for Preliminary Injunction or in support of neither party.

Dated: this __21__ day of __October__, 2025

/s/
_____
Hon. Stephanie A. Gallagher
United States District Judge

250195486v1