AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Mayor & City Council of Ocean City Maryland, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-03111-SAG |
| United States Department of the Interior, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union.

Date: 10/29/2025

/s/ Abigail V. Carter
*Attorney's signature*

Abigail V. Carter (D. Md. Bar No. 20952)
*Printed name and bar number*

BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street NW, Suite 1000
Washington, DC 20005
*Address*

acarter@bredhoff.com
*E-mail address*

(202) 842-2600
*Telephone number*

(202) 842-1888
*FAX number*