UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL<br>OF OCEAN CITY MARYLAND, *et al.*<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF THE INTERIOR, *et al.*<br><br>    Defendants/Cross-Defendants,<br><br>and<br><br>US WIND, INC.<br><br>    Defendant-Intervenor/Cross- and<br>    Counter-Plaintiff. | Civil Action No. 1:24-cv-03111-SAG |

### ORDER GRANTING UNITED STEELWORKERS' MOTION FOR LEAVE TO FILE AMICUS BRIEF

For good cause shown, the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union's Motion for Leave to File Amicus Curiae Brief is **GRANTED**.

**SO ORDERED**.

Dated this 30th day of October, 2025.

                                                      /s/
                                    Hon. Stephanie A. Gallagher
                                    United States District Judge