# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF OCEAN CITY, MARYLAND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR, *et al.*, <br><br> *Federal Defendants,* <br> and <br><br> US WIND, INC. <br><br> *Defendant-Intervenor.* | Case No.: 1:24-cv-03111-SAG |

**Declaration of David T. Stevenson**

I, David T. Stevenson, under 28 U.S.C. § 1746, declare:

1. Until recently, I served as Director of the Caesar Rodney Institute's Center for Energy & Environmental Policy. The Caesar Rodney Institute is a 501(c)(3), non-profit, public interest research organization in Delaware that actively works to promote the protection of our nation's environmental resources by advocating for governmental sound energy and environmental policies that "balance environmental concerns with cost and reliability, thus boosting conservation and the economy."[1]

2. Over the years, I have authored numerous analyses and submitted public comments evaluating offshore wind proposals and related agency environmental reviews. This

---

[1] Caesar Rodney Inst., *Center for Energy & Environmental Policy Overview*, https://www.caesarrodney.org/cri-focus-areas/Center-For-Energy-and-Environmental-Policy.htm (last visited Nov. 4, 2025).

declaration synthesizes my study, analyses, and findings on the environmental, economic, and social impacts associated with offshore wind facilities proposed off the Mid-Atlantic, with specific reference to US Wind's Maryland Offshore Wind Project and related benefit claims advanced for Delaware.

3.      In December of 2023, Delaware signed a Term Sheet and issued permits to US Wind allowing it to bring cables ashore at Delaware Seashore State Park. PA Consulting Group prepared an analysis to estimate the costs and benefits of this Project for the state of Delaware.[2] However, a close examination of these findings demonstrates that PA Consulting Group's claimed economic, environmental, and social benefits from accommodating offshore wind export cables are overstated, uncertain, and contingent.

4.      The report from PA Consulting Group concludes that the Project will produce modest long-term bill savings at $253 million over its first twenty years. However, their modeling runs show aggregate power-and-capacity savings of only 0.5%, while the modeling error margin can be as large as ±2.5%, meaning modeled savings are statistically indistinguishable from zero and may even be negative.[3] Further, the report failed to include any estimate of costs required to run backup generation, which is often needed to deal with drops in power production associated with intermittent energy sources such as offshore wind.[4] Taking both these factors into account, the $253 million savings figure must be considered negligible.

---

[2] PA Consulting Group, Inc., *Delaware Offshore Wind Benefits* (Oct. 2023), https://www.caesarrodney.org/pdfs/PA_Consulting_DE_OSW_Impact.pdf.

[3] David T. Stevenson, *Critique of PA Consulting Group Delaware Offshore Wind Benefits Report*, 4 (Caesar Rodney Inst., Ctr. for Energy & Env't, Dec. 27, 2023, updated Jan. 10, 2025), https://www.caesarrodney.org/pdfs/Critique_of_PA_Consulting_Group_DE_Offshore_Wind_Benefits_Report.pdf.

[4] *Id.*

5.     The PA Consulting valuation of roughly $76 million in renewable energy credits (RECs) for Delaware depends on an assumed high annual output and on the existence of surplus RECs after Maryland's commitments. Multiple operational and system factors make such surpluses unlikely. First, both the developer and PA Consulting assume high-capacity factors (e.g., 42-44%), while the effective-load-carrying-capability and recent experience of PJM—the local grid—point to lower, more realistic capacity values near 37%.[5] Second, offshore wind turbines tend to generate more energy in the spring and fall when demand is lower, thus increasing the probability of curtailment due to mismatched supply and demand. Regional studies have shown that curtailment can reach 10-20% of generation as fleet size grows.[6] Finally, wake effects within and between large offshore arrays such as the Project reduce net output. Wake effects occur when upwind turbines produce turbulence and reduce wind speed for downwind turbines, resulting in power loss. Peer studies report wake losses typically in the 5-10% range, with scenarios up to 20% for tightly spaced or interacting projects.[7] Taken altogether, reduced capacity factors, curtailment, and wake losses materially lower the number of renewable energy credits that are produced and available for transfer to Delaware, meaning the $76 million figure is speculative and an overestimation. If surplus RECs do not materialize, any promised REC benefit would require purchase through the open market or would simply not be delivered.

---

[5] *Id.* at 3.
[6] Conn. Dep't of Energy & Env't Prot., *2020 Integrated Resources Plan for Connecticut*, 136 (Oct. 7, 2021), https://portal.ct.gov/-/media/DEEP/energy/IRP/2020-IRP/2020-Connecticut-Integrated-Resources-Plan-10-7-2021.pdf.
[7] Eirik Finserås, Ignacio Herrera Anchustegui, Etienne Cheynet, Cristian Guillermo Gebhardt & Joachim Reuder, *Gone with the Wind? Wind Farm-Induced Wakes and Regulatory Gaps*, 159 Marine Pol'y 105897, 2 (2024), https://docs.wind-watch.org/wake-effect.pdf.

6. US Wind's emissions claims rely on an assumption that each megawatt-hour (MWh) produced will displace high-emitting (coal) generation. In contrast, the regional grid mix and independent consultant analyses show that the average local system emission rate in recent years is far lower than a coal-equivalent rate and has been falling steadily.[8] Using realistic marginal-displacement assumptions (the actual marginal resource mix and expected future decarbonization) reduces the Project's per-MWh CO2 displacement fivefold compared with the developer's calculation.[9] Consultants in related Maryland Public Service Commission dockets also concluded that the offshore projects would largely displace onshore wind and other zero-emission resources that would otherwise be built to meet state renewable obligations.[10] Because offshore generation is incremental to an already-decarbonizing grid, the net operational displacement of fossil-fuel generation is minimal, and in some modeling scenarios net emissions could be higher once transmission losses and location effects are included. Therefore, claims that the Project will produce substantial reductions in CO2, NOx, SO2, particulate matter, and volatile organic compounds are not supported by the evidence in the record when realistic grid behavior and displacement patterns are used.

7. A University of Delaware survey that BOEM relied upon indicates meaningful loss of visits to beaches when turbines are visible from shore.[11] Adjusting that study for the

---

[8] Caesar Rodney Inst., *Public Comments on U.S. Wind Draft Environmental Impact Statement*, 1 (Oct. 23, 2023), https://www.caesarrodney.org/pdfs/Public_Comments_on_US_Wind_DEIS.pdf.
[9] *Id.* at 1–2.
[10] David T. Stevenson, *Critique of PA Consulting Group Delaware Offshore Wind Benefits Report*, 2 (Caesar Rodney Inst., Ctr. for Energy & Env't, Dec. 27, 2023, updated Jan. 10, 2025), https://www.caesarrodney.org/pdfs/Critique_of_PA_Consulting_Group_DE_Offshore_Wind_Benefits_Report.pdf.
[11] George Parsons & Jeremy Firestone, *Atlantic Offshore Wind Energy Development: Values and Implications for Recreation and Tourism* (U. Del. Working Paper No. 2018-013 OCS Study, Mar. 2018), https://espis.boem.gov/final%20reports/5662.pdf.

substantially larger turbines US Wind proposes implies a 24% reduction in visits to Delaware beaches if turbines are visible from shore. Applying that 24% trip-loss to Delaware's beach economy (about $2.7 billion in annual tourism spending)[12] results in an expected annual loss on the order of $640 million in visitor spending. This level of economic damage far exceeds the modest, time-limited payments and REC-value estimates proffered by the developer and its consultants. In fact, a mere 1-2% loss in tourism during the first year of the Project alone would wipe out the entire Net Present Value of the twenty-year Term Sheet Agreement between the developer and Delaware.[13]

8.  When the realistic prospects for REC delivery, the statistically negligible bill savings, the likely displacement of non-fossil resources, and the clear tourism vulnerability are considered as a whole, the most likely conclusion is that the US Wind Project will concentrate costs and harms on Ocean City and the Delmarva coastal economy while delivering uncertain, small, or non-material benefits to regional ratepayers and air quality. The likely scale of tourism revenue loss (hundreds of millions annually under modest trip-loss assumptions) is large relative to the Project's small, front-loaded payments and speculative REC value estimates.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 4, 2025                               *David T Stevenson*
                                                     David T. Stevenson

---

[12] David T. Stevenson, *Critique of PA Consulting Group Delaware Offshore Wind Benefits Report*, 6 (Caesar Rodney Inst., Ctr. for Energy & Env't, Dec. 27, 2023, updated Jan. 10, 2025), https://www.caesarrodney.org/pdfs/Critique_of_PA_Consulting_Group_DE_Offshore_Wind_Benefits_Report.pdf.

[13] *Id.*