UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF OCEAN CITY, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>  Defendants,<br><br>and<br><br>US WIND, INC.,<br><br>  Defendant-Intervenor. | Case No. 1:24-cv-03111-SAG |

**[Proposed] Order**

Upon consideration of Plaintiffs' Cross-Motion for Preliminary Injunction, Defendant-Intervenor's, US Wind, Response, other submissions to the Court, and oral arguments of counsel,

IT IS HEREBY ORDERED THAT Plaintiffs' Cross-Motion for Preliminary Injunction is hereby GRANTED,

IT IS HEREBY ORDERED THAT Defendant-Intervenor US Wind, Inc. is ENJOINED from commencing any irreversible offshore or onshore construction activities, including, but not limited to, pile driving, cable installation, seabed alteration, or turbine foundation work, for the Maryland Offshore Wind Project pending final adjudication on the merits of the Ocean City Plaintiffs' claims challenging the lawfulness of the Project's federal approvals.

SO ORDERED on this _____ day of _____ 2025.

_____

Hon. Stephanie A. Gallagher