UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF OCEAN CITY, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>      Defendants,<br><br>  and<br><br>US WIND, INC.,<br><br>      Defendant-Intervenor. | Case No. 1:24-cv-03111 |

**PLAINTIFFS' NOTICE OF RECENT AUTHORITY**

Plaintiffs, the Mayor and City Council of Ocean City, Maryland, et al., give notice of a recent decision relevant to the issues in this case. On November 4, 2025, the United States District Court for the District of Columbia in *Town and County of Nantucket, Massachusetts v. Burgum*, No. 1:25-cv-906 (D.D.C. Nov. 4, 2025), a copy of which is attached, granted the Government's motion for voluntary remand and stay of proceedings pending reconsideration by the Bureau of Ocean Energy Management ("BOEM") of its permitting decision for the SouthCoast Wind Project, another large, offshore wind project like the Maryland Offshore Wind Project being challenged here. In granting the remand motion over the Company's objections, the court stated:

> Defendant-Intervenor, on the other hand, contends that remand "implicates various contracts and commitments made in reliance on the lawful issuance of Project approvals, project financing, and recent Congressional action to set firm deadlines on environmental reviews." Even assuming it is proper

1

to consider the hardship to a defendant-intervenor of deferring a decision on the challenger's petition, regulatory uncertainty due to protracted proceedings is an "insubstantial" hardship when, as here, the regulated party is "'not required to engage in, or to refrain from, any conduct.'" "Moreover, an agency does not need a remand to reconsider a challenged rule—it can do so at any time, including while challenges are pending before this court." "Intervenors, in other words, face these potential costs regardless of whether we grant [Federal Defendants'] motion and, given this, such costs hardly constitute 'undu[e] prejudice.'"[1]

    Respectfully submitted,

    /s/ Bruce F. Bright
    Bruce F. Bright (Bar No. 27236)
    6200 Coastal Hwy., Suite 200
    Ocean City, Maryland 21842
    Tel: 410-723-1400
    Fax: 410-723-1861
    bbright@ajgalaw.com

    /s/ Nancie G. Marzulla
    Nancie G. Marzulla (pro hac vice)
    Marzulla Law, LLC
    1150 Connecticut Ave., NW
    Suite 1050
    Washington, DC 20036
    (202) 822-6760
    nancie@marzulla.com

    /s/ Roger J. Marzulla
    Roger J. Marzulla (pro hac vice)
    Marzulla Law, LLC
    1150 Connecticut Ave., NW
    Suite 1050
    Washington, DC 20036
    (202) 822-6760
    roger@marzulla.com

Dated: November 12, 2025    Counsel for Plaintiffs

---

[1] *Town and County of Nantucket, Massachusetts v. Burgum*, No. 1-25-cv-906 (D.D.C. November 4, 2025) at 4 (all internal citations omitted).