IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **MAYOR AND CITY COUNCIL OF OCEAN CITY MARYLAND**, *et al.* | * |
| Plaintiffs/Cross-Defendants, | * |
| v. | |
| **UNITED STATES DEPARTMENT OF THE INTERIOR**, *et al.* | * Civil Action No: 1:24-cv-03111-SAG |
| Defendants/Cross-Defendants, | * |
| and | |
| **US WIND, INC.** | * |
| Defendant-Intervenor/Cross-Plaintiff. | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER**

Upon consideration of the Unopposed Consent Motion to Extend Response Deadlines ("Motion"), it is this _____ day of _____, 2025 hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the deadline for US Wind, Inc. ("US Wind") to respond to the Federal Defendants' Motion to Dismiss Defendant-Intervenor's Cross Claims for Lack of Jurisdiction and Failure to State a Claim (ECF No. 105) is now extended until December 5, 2025; and it is further

**ORDERED** that the deadline for US Wind to reply to Federal Defendants' Opposition to Defendant-Intervenor's Motion for Preliminary Injunction (ECF No. 106) is now extended until December 5, 2025; and it is further

250195486v1

**ORDERED** that the deadline for US Wind to reply to Plaintiffs' Response to US Wind's Motion for Preliminary Injunction (ECF No. 107) is now extended until December 5, 2025; and it is further

**ORDERED** that the deadline for US Wind and the Federal Defendants to respond to Plaintiffs' Cross-Motion for Preliminary Injunction (ECF No. 108) is now extended until December 5, 2025.

Dated: this  14  day of   Nov.  , 2025

/s/

Hon. Stephanie A. Gallagher
United States District Judge

2

250195486v1