IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **MAYOR AND CITY COUNCIL OF OCEAN CITY MARYLAND**, *et al.* | * |
| Plaintiffs/Cross-Defendants | * |
| v. | * |
| **UNITED STATES DEPARTMENT OF THE INTERIOR**, *et al.* | *  Civil Action No: 1:24-cv-03111-SAG |
| Defendants/Cross-Defendants | * |
| and | * |
| **US WIND, INC.** | * |
| Defendant-Intervenor/Cross-Plaintiff | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT-INTERVENOR AND CROSS-PLAINTIFF US WIND, INC.'S RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs' supplemental-authority notice addressing *Town & County of Nantucket, Mass. v. Burgum*, No. 25-cv-906 (D.D.C. Nov. 4, 2025) ("*SouthCoast*"), ECF No. 109, does not address any live matter before the Court, which properly determined that the Federal Defendants' motion for voluntary remand with vacatur will be held "in abeyance" until the administrative record is produced and the merits of pending claims are fully briefed. *See* Tr. of Status Conference 13:8-12 (Oct. 7, 2025) (holding ECF No. 81 in abeyance pending "getting the administrative record filed and getting full briefing"); Tr. of Status Conference 20:25-21:3 (Sept. 18, 2025) (explaining that the Court will review the administrative record before ruling on the motion). Accordingly, while *Southcoast* is inapposite here for multiple reasons, US Wind will respond to Plaintiff's notice as appropriate in its forthcoming briefing due December 5, unless the Court directs otherwise.

1

Dated: November 24, 2025                    Respectfully submitted,

By: *Toyja E. Kelley*
Toyja E. Kelley, Sr. (D. Md. Bar No. 26949)
Emily Huggins Jones (*pro hac vice*)
Gregory L. Waterworth (D. Md. Bar No. 20938)
**TROUTMAN PEPPER LOCKE LLP**
701 8th Street, N.W., Suite 500
Washington, D.C. 20001
Telephone: (202) 220-6900
Facsimile: (202) 220-6945
toyja.kelley@troutman.com
emily.hugginsjones@troutman.com
greg.waterworth@troutman.com

Hilary Tompkins (*pro hac vice*)
Sean Marotta (*pro hac vice*)
**HOGAN LOVELLS US LLP**
555 13th Street N.W.
Washington, D.C. 20004
Telephone: (202) 637-5617
hilary.tompkins@hoganlovells.com
sean.marotta@hoganlovells.com

David Newmann (*pro hac vice*)
**HOGAN LOVELLS US LLP**
1735 Market St., 23d Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
david.newmann@hoganlovells.com

*Attorneys for Defendant-Intervenor and Crossclaim Plaintiff US Wind, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify on November 24, 2025, I filed and served the foregoing motion on counsel of record through this Court's CM/ECF system.

By: */s/ Toyja E. Kelley*
Toyja E. Kelley, Sr. (D. Md. Bar No. 26949)