# Exhibit A

# Waterworth, Gregory

| | |
|---|---|
| **From:** | Nancie Marzulla <nancie@marzulla.com> |
| **Sent:** | Tuesday, November 25, 2025 9:34 AM |
| **To:** | Kelley, Toyja; Tice, Devon (ENRD) |
| **Cc:** | Vice, Samuel (ENRD); Bruce F. Bright; Roger Marzulla; Newmann, David; Tompkins, Hilary; Mollie Jackowski; Ballard, Bonnie M. (ENRD); Huggins Jones, Emily; Waterworth, Gregory |
| **Subject:** | RE: Motion for a stay on Ocean City's Preliminary Injunction motion |

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Toyja—
    In addition, we will move forward with filing our motion requesting a stay of Plaintiffs' motion for a preliminary injunction, noting that the Company opposes this motion.
Regards,
Nancie

## Nancie G. Marzulla
Marzulla Law, LLC
1150 Connecticut Ave, NW | Suite 1050
Washington, DC 20036
T | 202.822.6760
F | 202.822.6774
Marzulla.com

---

**From:** Nancie Marzulla
**Sent:** Tuesday, November 25, 2025 8:32 AM
**To:** 'Kelley, Toyja' <Toyja.Kelley@troutman.com>; Tice, Devon (ENRD) <Devon.Tice@usdoj.gov>
**Cc:** Vice, Samuel (ENRD) <samuel.vice@usdoj.gov>; Bruce F. Bright <bbright@ajgalaw.com>; Roger Marzulla <roger@marzulla.com>; Newmann, David <david.newmann@hoganlovells.com>; Tompkins, Hilary <hilary.tompkins@hoganlovells.com>; Mollie Jackowski <mollie@marzulla.com>; Ballard, Bonnie M. (ENRD) <Bonnie.M.Ballard@usdoj.gov>; Huggins Jones, Emily <Emily.HugginsJones@troutman.com>; Waterworth, Gregory <Greg.Waterworth@troutman.com>
**Subject:** RE: Motion for a stay on Ocean City's Preliminary Injunction motion

Good morning, Toyja—No, we do not intend to withdraw our motion for a preliminary injunction. And, no, Plaintiffs and the Government are not proposing two different things. Please call if you wish to discuss.
Thanks,
Nancie

## Nancie G. Marzulla
Marzulla Law, LLC
1150 Connecticut Ave, NW | Suite 1050
Washington, DC 20036
T | 202.822.6760
F | 202.822.6774
Marzulla.com

1

**From:** Kelley, Toyja <Toyja.Kelley@troutman.com>
**Sent:** Monday, November 24, 2025 5:05 PM
**To:** Tice, Devon (ENRD) <Devon.Tice@usdoj.gov>; Nancie Marzulla <nancie@marzulla.com>
**Cc:** Vice, Samuel (ENRD) <samuel.vice@usdoj.gov>; Bruce F. Bright <bbright@ajgalaw.com>; Roger Marzulla <roger@marzulla.com>; Newmann, David <david.newmann@hoganlovells.com>; Tompkins, Hilary <hilary.tompkins@hoganlovells.com>; Mollie Jackowski <mollie@marzulla.com>; Ballard, Bonnie M. (ENRD) <Bonnie.M.Ballard@usdoj.gov>; Huggins Jones, Emily <Emily.HugginsJones@troutman.com>; Waterworth, Gregory <Greg.Waterworth@troutman.com>
**Subject:** Re: Motion for a stay on Ocean City's Preliminary Injunction motion

Devon/Nancie,

Plaintiffs and the Government appear to be proposing two different ways of staying Plaintiffs' PI motion. We object to both. It is not appropriate to stay a preliminary injunction motion in these circumstances. US Wind, however, would have no objection to Plaintiffs' withdrawal of their PI Motion without prejudice. Please advise if Plaintiffs' will be withdrawing their motion.

- Toyja


**Toyja Kelley Sr.***
**Partner**
**troutman pepper locke**
Direct: 202.220.6939 | Mobile: 301.524.1665
toyja.kelley@troutman.com
View My **BIO** I Connect on **LinkedIn**
Former President of **DRI | Lawyers Representing Business** and **The Center for Law and Public Policy**


*Address change!
Effective February 24, 2025, our new office address will be
401 9th Street, NW, Suite 1000, Washington, DC 20004.
My email address and phone number remain unchanged following the move.

---

**From:** Tice, Devon (ENRD) <Devon.Tice@usdoj.gov>
**Sent:** Monday, November 24, 2025 3:21 PM
**To:** Kelley, Toyja <Toyja.Kelley@troutman.com>; Vice, Samuel (ENRD) <Samuel.Vice@usdoj.gov>; Nancie Marzulla <nancie@marzulla.com>; Newmann, David <david.newmann@hoganlovells.com>
**Cc:** Bruce F. Bright <bbright@ajgalaw.com>; Roger Marzulla <roger@marzulla.com>; Mollie Jackowski <mollie@marzulla.com>; Ballard, Bonnie M. (ENRD) <Bonnie.M.Ballard@usdoj.gov>
**Subject:** RE: Motion for a stay on Ocean City's Preliminary Injunction motion

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

2

Thank you, Toyja.

Best,
Devon

---

**From:** Kelley, Toyja <Toyja.Kelley@troutman.com>
**Sent:** Monday, November 24, 2025 3:20 PM
**To:** Tice, Devon (ENRD) <Devon.Tice@usdoj.gov>; Vice, Samuel (ENRD) <Samuel.Vice@usdoj.gov>; Nancie Marzulla <nancie@marzulla.com>; Newmann, David <david.newmann@hoganlovells.com>
**Cc:** Bruce F. Bright <bbright@ajgalaw.com>; Roger Marzulla <roger@marzulla.com>; Mollie Jackowski <mollie@marzulla.com>; Ballard, Bonnie M. (ENRD) <Bonnie.M.Ballard@usdoj.gov>
**Subject:** [EXTERNAL] Re: Motion for a stay on Ocean City's Preliminary Injunction motion

Devon,

We will be conferring shortly and will follow up with you once we have had a chance to do that. Thanks.

- Toyja

**Toyja Kelley Sr.***
**Partner**
**troutman pepper locke**
Direct: 202.220.6939 | Mobile: 301.524.1665
toyja.kelley@troutman.com
View My **BIO** I Connect on **LinkedIn**
Former President of **DRI | Lawyers Representing Business** and **The Center for Law and Public Policy**

*Address change!
Effective February 24, 2025, our new office address will be
401 9th Street, NW, Suite 1000, Washington, DC 20004.
My email address and phone number remain unchanged following the move.

---

**From:** Tice, Devon (ENRD) <Devon.Tice@usdoj.gov>
**Sent:** Monday, November 24, 2025 3:10 PM
**To:** Vice, Samuel (ENRD) <Samuel.Vice@usdoj.gov>; Nancie Marzulla <nancie@marzulla.com>; Kelley, Toyja <Toyja.Kelley@troutman.com>; Newmann, David <david.newmann@hoganlovells.com>
**Cc:** Bruce F. Bright <bbright@ajgalaw.com>; Roger Marzulla <roger@marzulla.com>; Mollie Jackowski <mollie@marzulla.com>; Ballard, Bonnie M. (ENRD) <Bonnie.M.Ballard@usdoj.gov>
**Subject:** RE: Motion for a stay on Ocean City's Preliminary Injunction motion

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Hi all,

I just wanted to follow-up to see if US Wind takes any position on the motion. We hope to get the motion on file soon to give Judge Gallagher plenty of time to rule this week to avoid any unnecessary work over the holiday.

Thank you,
Devon

---

**From:** Vice, Samuel (ENRD) <Samuel.Vice@usdoj.gov>
**Sent:** Monday, November 24, 2025 11:29 AM
**To:** Nancie Marzulla <nancie@marzulla.com>; Kelley, Toyja <toyja.kelley@troutman.com>; Newmann, David <david.newmann@hoganlovells.com>; Tice, Devon (ENRD) <Devon.Tice@usdoj.gov>
**Cc:** Bruce F. Bright <bbright@ajgalaw.com>; Roger Marzulla <roger@marzulla.com>; Mollie Jackowski <mollie@marzulla.com>
**Subject:** RE: Motion for a stay on Ocean City's Preliminary Injunction motion

Toyja and David,

Federal Defendants have agreed to join a motion to hold Plaintiffs' PI motion in abeyance until cross-motions for summary judgment on Plaintiffs' claims are decided, or Plaintiff notifies the Court about a need to proceed with the preliminary injunction motion. Now that the parties have agreed on an AR deadline and have a general timeline for summary judgment briefing, we believe the merits of Plaintiffs claims can be decided before any of the feared irreparable injuries would occur. Federal Defendants have agreed to provide notice to Plaintiffs of any offshore construction or any changes to the construction schedule.

Thanks,
Sam

---

**From:** Nancie Marzulla <nancie@marzulla.com>
**Sent:** Monday, November 24, 2025 9:47 AM
**To:** Kelley, Toyja <toyja.kelley@troutman.com>; Newmann, David <david.newmann@hoganlovells.com>; Vice, Samuel (ENRD) <Samuel.Vice@usdoj.gov>; Tice, Devon (ENRD) <Devon.Tice@usdoj.gov>
**Cc:** Bruce F. Bright <bbright@ajgalaw.com>; Roger Marzulla <roger@marzulla.com>; Mollie Jackowski <mollie@marzulla.com>
**Subject:** [EXTERNAL] Motion for a stay on Ocean City's Preliminary Injunction motion

Hi, Toyja and David—

We are going to request a stay of our motion for a preliminary injunction until BOEM completes its review of the COP. If the agency decides to vacate the COP, then our motion is moot. If, however, the agency approves the COP as is, we will move forward with our motion.

Please let me know US Wind's position on this motion.

Thanks,
Nancie


**Nancie G. Marzulla**
Marzulla Law, LLC
1150 Connecticut Ave, NW | Suite 1050
Washington, DC 20036
T | 202.822.6760
F | 202.822.6774
Marzulla.com

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.