IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAYOR AND CITY COUNCIL OF
OCEAN CITY, MARYLAND, et al.

    v.                                    CIVIL CASE NO.  24-03111

UNITED STATES DEPARTMENT
OF THE INTERIOR, et al.

*********

# ORDER

It is this 4th day of December, 2025, ORDERED that:

(1) Federal Defendants' Motion and Memorandum in Support of Voluntary Remand with Vacatur and to Dismiss, ECF 81, is DENIED without prejudice for reasons stated on the record during the September 18, 2025 teleconference; and

(2) the Joint Opposed Motion to Enter Briefing Schedule, ECF 74, is DENIED AS MOOT based on subsequent events.

                                                  /s/
                                    Stephanie A. Gallagher
                                    United States District Judge