# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**MAYOR AND CITY COUNCIL OF**
**OCEAN CITY, MARYLAND, et al.**

    **v.**                                **CIVIL CASE NO. 24-03111**

**UNITED STATES DEPARTMENT OF**
**THE INTERIOR, et al.**

*********

## ORDER

For the reasons stated on the record at today's hearing, Plaintiffs' Motion to Dismiss Defendant-Intervenor's Counterclaim, ECF 83, is GRANTED AS MOOT, and this Court approves the agreed schedule on page 2 of ECF 123.

December 10, 2025

                                                            /s/
                                              Stephanie A. Gallagher
                                              United States District Judge