IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **MAYOR AND CITY COUNCIL OF OCEAN CITY, MARYLAND,** *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.* <br><br> Defendants/Cross-Defendants, <br><br> and <br><br> **US WIND, INC.** <br><br> Defendant-Intervenor/Cross-Plaintiff. | Civil Case No.: SAG-24-03111 |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that US Wind, Inc.'s motion for preliminary injunction, ECF 92, is DENIED.

Dated: December 15, 2025

/s/
Stephanie A. Gallagher
United States District Judge