IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **MAYOR AND CITY COUNCIL OF OCEAN CITY MARYLAND**, *et al.*     Plaintiffs/Cross-Defendants, | \* |
| | \* |
| v. | |
| **UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.* | \*    Civil Action No: 1:24-cv-03111-SAG |
|     Defendants/Cross-Defendants. | \* |
| And | |
| **US WIND, INC.** | \* |
|     Defendant-Intervenor/Cross-Plaintiff | \* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**US WIND INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY**

Pursuant to Local Rule 105(2)(a), US Wind respectfully requests leave to file a short sur-reply to address new arguments raised by the Government in its reply brief. ECF No. 129. Specifically, US Wind requests the opportunity to contest the Government's arguments concerning the relevance of this Court's decision denying US Wind's motion for preliminary injunction to the Government's pending motion to dismiss US Wind's cross claims and the significance of the D.C. Circuit's recent decision to vacate *National Treasury Emps. Union v. Vought*, 149 F.4th 762 (D.C. Cir. 2025).

Good cause exists to grant US Wind's motion because absent the proposed sur-reply, US Wind will "be unable to contest matters presented to the court for the first time in [the Government's] reply." *Adams v. Am. Fed'n of State*, 167 F. Supp. 3d 730, 736 (D. Md. 2016). US

Wind's proposed sur-reply, which is attached hereto as Exhibit 1, will not prejudice the Government, which advanced these arguments for the first time in its reply.

Dated: December 22, 2025

Respectfully submitted,

By: /s/ *Toyja E. Kelley, Sr.*
Toyja E. Kelley, Sr. (D. Md. Bar No. 26949)
Emily Huggins Jones (*pro hac vice*)
Gregory L. Waterworth (D. Md. Bar No. 20938)
**TROUTMAN PEPPER LOCKE LLP**
701 8th Street, N.W., Suite 500
Washington, D.C. 20001
Telephone: (202) 220-6900
Facsimile: (202) 220-6945
toyja.kelley@troutman.com
emily.hugginsjones@troutman.com
greg.waterworth@troutman.com

Hilary Tompkins (*pro hac vice*)
Sean Marotta (*pro hac vice*)
**HOGAN LOVELLS US LLP**
555 13th Street N.W.
Washington, D.C. 20004
Telephone: (202) 637-5617
hilary.tompkins@hoganlovells.com
sean.marotta@hoganlovells.com

David Newmann (*pro hac vice*)
**HOGAN LOVELLS US LLP**
1735 Market St., 23d Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
david.newmann@hoganlovells.com

*Attorneys for Defendant-Intervenor and Cross Claim Plaintiff US Wind, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, I served and filed the foregoing motion on counsel of record through this Court's CM/ECF system.

Dated: December 22, 2025                              By: /s/ Toyja E. Kelley
                                                     Toyja E. Kelley, Sr. (D. Md. Bar No. 26949)