IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MAYOR AND CITY COUNCIL OF OCEAN CITY, MARYLAND,** *et al.* | \* |
| Plaintiffs, | \* |
| v. | \* Civil Case No.: SAG-24-03111 |
| **UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.* | \* |
| Defendants/Cross-Defendants, | \* |
| and | \* |
| **US WIND, INC.** | \* |
| Defendant-Intervenor/Cross-Plaintiff. | \* |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that US Wind's motion for leave to file sur-reply, ECF 130, and Federal Defendants' motion to dismiss, ECF 105, are GRANTED. US Wind's cross claims asserted in its amended answer, ECF 77, are DISMISSED WITHOUT PREJUDICE.

Date: February 13, 2026

/s/
Stephanie A. Gallagher
United States District Judge