**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF OCEAN CITY, et al., | |
| Plaintiffs/Counter-Defendants, | Case No. 1:24-cv-03111-SAG |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants/Cross-Defendants, | |
| and | |
| US WIND, INC., | |
| Defendant-Intervenor/Counter-Plaintiff/Cross-Plaintiff. | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT**

Under Rule 56 of the Federal Rules of Civil Procedure, Local Rule 105 of this Court, and the Court's Scheduling Order,[1] Plaintiffs, Mayor and City Council of Ocean City et al. (collectively, Ocean City), move for summary judgement. Ocean City asks the Court to vacate and set aside the joint Record of Decision issued by the Bureau of Ocean Energy Management (BOEM) and the National Marine Fisheries Service (NMFS) for the Maryland Offshore Wind Project, including BOEM's approval of the Construction and Operations Plan, as well as NMFS's Biological Opinion and Incidental Take Statement, Incidental Take Regulations, and Letter of Authorization. Ocean City further seeks to set aside the Memorandum of Agreement executed under Section 106 of the National Historic Preservation Act. These final agency actions

---

[1] ECF No. 126 (Dec. 10, 2025).

violate the Administrative Procedure Act (APA),[2] Outer Continental Shelf Lands Act (OCSLA),[3] Endangered Species Act (ESA),[4] Marine Mammal Protection Act (MMPA),[5] National Historic Preservation Act (NHPA),[6] and National Environmental Policy Act (NEPA).[7]

The Record of Decision and the other challenged determinations, approvals, permits, and authorizations are final agency actions subject to review under the APA. And at least one Plaintiff has standing to pursue each cause of action.

In support of this motion, Ocean City submits its Supporting Memorandum, the Administrative Record, an attached declaration from J. Collins and declarations from Plaintiffs submitted with the Complaint and Amended Complaint, and Plaintiffs' September 2024 letter requesting a supplemental EIS.

Respectfully submitted,

/s/ Bruce F. Bright
Bruce F. Bright (Bar No. 27236)
6200 Coastal Hwy., Suite 200
Ocean City, Maryland 21842
Tel: 410-723-1400
Fax: 410-723-1861
bbright@ajgalaw.com


/s/ Nancie G. Marzulla
Nancie G. Marzulla (pro hac vice)
Marzulla Law, LLC
1150 Connecticut Ave., NW
Suite 1050
Washington, DC 20036
(202) 822-6760
nancie@marzulla.com

---

[2] 5 U.S.C. § 702.
[3] 43 U.S.C. §§ 1331–1337.
[4] 5 U.S.C. §§ 1531-1544.
[5] 16 U.S.C. § 1371.
[6] 54 U.S.C. §§ 300101-307101.
[7] 42 U.S.C. §§ 4321–4370h.

<u>/s/ Roger J. Marzulla</u>
Roger J. Marzulla (pro hac vice)
Marzulla Law, LLC
1150 Connecticut Ave., NW
Suite 1050
Washington, DC 20036
(202) 822-6760
roger@marzulla.com

Dated: April 13, 2026                    Counsel for Plaintiffs