# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MAYOR AND CITY COUNCIL OF OCEAN CITY, et al.

**Plaintiff,**                          *

                                        *

**v.**                                         Case No. <u>1:24-cv-03111-SAG</u>

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.                  *

**Defendant.**                          *

### NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐    Exhibit _____ which is an attachment to _____

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☒    Plaintiffs' Memorandum in Support of Motion for Summary Judgement

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by <u>email</u>.

<u>April 13, 2026</u>

Date

<u>*Nancie Marzulla*</u>

Signature

Nancie Marzulla (pro hac vice)

Printed Name and Bar Number

1150 Connecticut Ave., NW, Suite 1050, Washington, DC 20036

Address

nancie@marzulla.com

Email Address

(202) 822-6760

Telephone Number

N/A

Fax Number