# EXHIBIT 1

**Marzulla Law**

September 20, 2024

Hon. Deb Haaland
Secretary of the Department of the Interior
1849 C Street, NW
Washington, DC 20240

Hon. Liz Klein
Director of the Bureau of Ocean Energy Management
1849 C Street, NW
Washington, DC 20240

Hon. Janet Coit
Administrator of the National Marine Fisheries Service
1315 East-West Highway
Silver Spring, MD 20910

Program Chief
Office of Renewable Energy
Bureau of Ocean Energy Management
45600 Woodland Rd
VAM-OREP
Sterling, VA 20166

Re: Maryland Offshore Wind Project—Request for a Supplemental EIS

Dear Secretary Haaland, Director Klein, Administrator Coit, and the Maryland Offshore Wind Program Chief:

We represent the Mayor and City Council of Ocean City, Maryland, the County Commissioner of Worcester County, Maryland, the Mayor and Town Council of Fenwick Island, Bay Shore Development Corporation, Castle in the Sand, Inc., Citizens for Ocean City, Inc., the Coastal Association of Realtors of Maryland, Inc., the Delmarva Community Managers Association, Inc., Fager's Island LTD., George Topping, James Hospitality LLC, Little Salisbury Civic Association, Inc., Ocean Amusements, Inc., Ocean City Development Corporation, the Ocean City Hotel-Motel-Restaurant

Request for Supplemental EIS
September 20, 2024
Page 2 of 11

Association, Inc., Ocean City Marlin Club, Inc., Ocean City, Maryland, Chamber of Commerce, Inc., Skilligalee Seafood, LLC, Skilligalee, Inc., Sunset Marina, LLC (d/b/a Ocean City Fishing Center), Sunset Marina, LLC (d/b/a OC Fisherman's Marina), Sunset Marina, LLC (d/b/a Sunset Marina), The Harrison Group, Time, Inc., and White Marlin Open Inc., in connection with the U.S. Wind Project, slated to be built 10.7 miles offshore, that you recently approved.

Recent devastating turbine blade failures off the coast of Massachusetts, and the now realized risk of toxins and contaminants being released in the event of turbine failure comprise significant new information that was never analyzed during the National Environmental Policy Act (NEPA) process for this major federal action. Nor have the environmental impacts of turbine blade failure—a known risk in both onshore and offshore wind facilities—ever been analyzed in any Environmental Impact Statement prepared by any federal agency. Federal law requires you to prepare a Supplemental Environmental Impact Statement for this Project. That same new information, which was not analyzed in the Section 7 consultation for this Project, also requires the Bureau of Ocean Energy Management (BOEM) to re-initiate Section 7 consultation with the National Marine Fisheries Service (NMFS) and NMFS must now prepare a new Biological Opinion that analyzes these potential impacts.

Should you refuse to take these actions, our clients have instructed us to take legal action, seeking judicial assistance to ensure that you comply with the requirements of NEPA and the ESA.

**Significant New Information Requires the Preparation of a Supplemental EIS and Re-initiation of ESA Consultation**

NEPA regulations require BOEM to prepare a Supplemental EIS when "[t]here are substantial new circumstances or information about the significance of adverse effects that bear on the analysis."[1] A supplemental EIS is necessary when new information "provides a seriously different picture of the environmental landscape."[2] As the Supreme Court has held, "if the new information is sufficient to show that the remaining action

---

[1] 40 C.F.R. § 1502.9(d).
[2] *Wisconsin v. Weinberger*, 745 F.2d 412, 418 (7th Cir. 1984).

Request for Supplemental EIS
September 20, 2024
Page 3 of 11

will 'affect the quality of the human environment' in a significant manner or to a significant extent not already considered, a supplemental EIS must be prepared."[3]

Likewise, the Endangered Species Act (ESA) requires that Section 7 consultation be re-initiated whenever "new information reveals effects of the action that may affect listed species or critical habitat in a manner or to an extent not previously considered."[4] In addition, consultation must be re-initiated when the "identified action is subsequently modified in a manner that causes an effect to the listed species or critical habitat that was not considered in the biological opinion or written concurrence."[5]

"[A]n agency's responsibility to reinitiate consultation does not terminate when the underlying action is complete,"[6] consistent with the "ESA's statutory command that agencies consult to ensure the '*continued* existence' of listed species."[7]

**Recent Catastrophic Turbine Blade Failures Require Supplemental NEPA Analysis and Re-initiation of Section 7 Consultation**

On July 13, 2024, a large portion of a 350-foot, 57-ton fiberglass, Polyvinyl chloride (PVC), and polyethylene terephthalate (PET) blade broke off a newly constructed turbine in the Vineyard Wind Project, scattering thousands of shards across the ocean's surface. Over the next few days, additional pieces of the blade also fell into the ocean, adding to the mayhem. The Coast Guard sealed off the area from ship transit, and the company attempted to remove shards of the shattered blade from the ocean. These efforts were largely unsuccessful, and thousands of tons of debris washed ashore not only in Nantucket fifteen miles away—closing its beaches—but were also carried many miles away to wash up on Martha's Vineyard, Cape Cod, the beaches of Rhode Island, and even Montauk.

Vineyard Wind's blade failure is not an isolated incident. Recently a blade on one of the turbines at the Dogger Bank wind farm off the coast of England failed—the second

---

[3] *Marsh v. Oregon Natural Resources Council*, 490 U.S. 360, 374 (1989) (quoting 42 U.S.C. § 4332(2)(C)).

[4] 50 C.F.R. § 402.16.

[5] *Id.*

[6] *Cottonwood Env't L. Ctr. v. U.S. Forest Serv.*, 789 F.3d 1075, 1086 (9th Cir. 2015).

[7] *Id.* (emphasis added).

Request for Supplemental EIS
September 20, 2024
Page 4 of 11

blade failure at that facility in three months.[8] Globally, 0.54% of blades fail each year, with around 3,800 failures yearly.[9] Closer to home, in 2022, a blade—the height of an 11-story building weighing over four Toyota Camrys—flew off a turbine at the Bigelow Canyon project and landed in a nearby field, creating a four-foot-deep trench where it landed.[10] There are also repeated instances of turbines collapsing across the world. Turbines in Germany, Oklahoma, Wisconsin, Wales, and Colorado have all collapsed within the last several years,[11] several of which were caused by turbine fires and lightning strikes.

In January 2024, a turbine in a northern Colorado wind farm caught fire and folded in half. Shortly after the collapse, the turbine's owners speculated that "a blade malfunctioned and struck the tower, causing the collapse much like the side of a soda can being poked."[12] In May 2024, a wind turbine in Chesapeake, Virginia, caught fire after being struck by lightning.[13] Recently, a farmer in Mechanicsville, Iowa, who has utility-owned turbines on her land, has had three turbines catch on fire after being struck by

---

[8] *Second GE Vernova Turbine Blade Reportedly Fails at UK's Dogger Bank Wind Farm*, Offshore (Aug. 23, 2024), https://www.offshore-mag.com/renewable-energy/article/55135538/second-ge-vernova-turbine-blade-reportedly-fails-at-uks-dogger-bank-wind-farm.

[9] Leon Mishnaevsky, Jr., *Root Causes and Mechanisms of Failure of Wind Turbine Blades: Overview*, National Library of Medicine (Apr. 19, 2022), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9101399/pdf/materials-15-02959.pdf.

[10] Ted Sickinger, *Wind Bust*, The Oregonian (Aug. 27, 2022), https://projects.oregonlive.com/wind-farms/

[11] Tim Newcomb, *Giant Wind Turbines Keep Mysteriously Falling Over. This Shouldn't Be Happening.*, Popular Mechanics (Jan. 23, 2023), https://www.popularmechanics.com/technology/infrastructure/a42622565/wind-turbines-falling-over/.

[12] Logan Smith, *Turbine at Colorado Wind Farm Collapses, Burns*, CBS News (Jan. 15, 2024), https://www.cbsnews.com/colorado/news/turbine-colorado-wind-farm-collapses-burns-invenergy-clearway-clean-energy-fire/.

[13] Patriceia Beckford, *Lightning Catches Wind Turbine on Fire at Brock Environmental Center*, 13 News Now (May 27, 2024), https://www.13newsnow.com/article/weather/brock-environmental-center-wind-turbine-catches-fire-due-to-lightning/291-23d0907e-0746-4b48-ae94-68d89547859e.

Request for Supplemental EIS
September 20, 2024
Page 5 of 11

lightning in the last eighteen months.[14] After catching on fire, the turbine blades fell to the ground, littering her land with debris. Even after the turbines' owners "cleaned up," her land was covered with wires, fiberglass, and industrial equipment. With the fiberglass and waste in the fields, more than 1,000 acres of her land are unusable.[15]

The blades for the Vineyard Wind Project are the same size as the ones that will be installed just 10.7 miles from the shores of Ocean City, Maryland, with 342 football field-length blades on 114 turbines. If all of the turbines are built out, as planned, as many as two blades per year could fall into the ocean, contributing 100 tons of toxic fiberglass and foam littering the ocean and washing up on the shores of Maryland and Delaware each year.

Blade failures like the one at Vineyard Wind are devastating for safety, the environment, and local communities and residents. For boaters and fishermen, colliding with the debris could result in sinking and loss of life.

That debris is also dangerous for fish and marine mammals that come in contact with the debris or will eventually consume the microplastic degradation products.

For nearby communities, debris washing ashore impacts beaches, tourism, and the coastal environment, resulting in financial hardship from cleaning debris and decreasing tourism. For the Town of Ocean City and the Town of Fenwick Island, closing beaches due to blade debris—which was required in Nantucket—will devastate the local economy and tourism. And debris and contaminants in the ocean will put residents and visitors at risk for injury or illness from coming into contact with the chemicals and toxins.

The vast majority of the blade debris consists of PVC and PET foam. Exposure to sunlight, wind, rain, and ocean water will degrade PVC foam, allowing it to contaminate the marine food chain with microplastics. As reported in the peer-reviewed journal

---

[14] Jackson Valenti, *Wind Turbine Fire in Mechanicsville Could Cost Farmer Millions*, KCRG (Aug. 16, 2024), https://www.kcrg.com/2024/08/17/wind-turbine-fire-mechanicsville-could-cost-farmer-millions/.
[15] *Id.*

Request for Supplemental EIS
September 20, 2024
Page 6 of 11

"Materials," in January of this year, "PVC is considered the most environmentally damaging plastic and one of the most toxic substances for inhabitants of our planet."[16]

PVC is not the only toxin contained in the blade debris. PET in the marine environment is toxic to species ranging from copepods (the primary food source for the North Atlantic right whale) and sea bass to marine mammals.[17] The epoxy resins that impregnate the blades contain large quantities of Bisphenol A (BPA). BPA acts like a hormone in the body and can increase the risk of prostate, breast, and ovarian cancer.[18] BPA can also cause weight gain,[19] influence development,[20] and alter the immune system.[21]

Up to 20% of the PVC foam contains toxic additives and resins that are released when the foam degrades. The material safety data sheet by Vineyard Wind on the composition of the blade lists a plethora of harmful substances, many of which are

---

[16] Marcin H. Kudzin et al., *Risks Associated with the Presence of Polyvinyl Chloride in the Environment and Methods for Its Disposal and Utilization* (Dec. 28, 2023), https://www.mdpi.com/1996-1944/17/1/173.

[17] Subhankar Chatterjee and Shivika Sharma, *Microplastics In our Oceans and Marine Health*, Field Actions Science Reports (2019), https://journals.openedition.org/factsreports/5257.

[18] Hui Gao et al., *Bisphenol A and Hormone-Associated Cancers: Current Progress and Perspectives* (Jan. 2015), https://journals.lww.com/md-journal/fulltext/2015/01010/bisphenol_a_and_hormone_associated_cancers_.6.aspx.

[19] Minh T. Do et al., *Urinary bisphenol A and obesity in adults: results from the Canadian Health Measures Survey* (Dec. 2017), https://pubmed.ncbi.nlm.nih.gov/29236378/.

[20] Mass.gov, *Protect Your Baby from BPA (Bisphenol A)*, https://www.mass.gov/info-details/protect-your-baby-from-bpa-bisphenol-a (last visited Aug. 20, 2024).

[21] Thea Golden et al., *Immunomodulatory Role of EDCs in Disrupting Metabolic Health*, ENDOCRINE DISRUPTION AND HUMAN HEALTH (Philippa D. Darbre, ed., 2d ed. 2022).

Request for Supplemental EIS
September 20, 2024
Page 7 of 11

considered cancer-causing, including styrene,[22] phthalates, formaldehyde,[23] benzene,[24] PFAs,[25] and butadiene.[26]

Many of the compounds listed in the data safety sheet are labeled "toxic" and "very toxic" to aquatic life with long-lasting effects.

Given that each blade weighs 70 tons, and that we might expect to see 15 blade failures a year when all nine of the projects have been constructed, we clearly need to know more about the life cycle of the debris and to what extent the pollution from the blade failure will harm human and marine life.

Microplastics present a significant health risk. A recent article in the New England Journal of Medicine reports that about 58% of the study's patients with atherosclerotic disease (plaques in vessels that clog them up) have microplastics in the plaques. The patients with positive findings of microplastics have 2.1 times (more than 200%) the risk of bad outcomes (subsequent stroke, heart attack, and death) compared to those that do not.[27]

---

[22] National Toxicology Program, *15th Report on Carcinogens* (Dec. 21, 2021), https://www.ncbi.nlm.nih.gov/books/NBK590797/.

[23] National Cancer Institute, *Formaldehyde,* https://www.cancer.gov/about-cancer/causes-prevention/risk/substances/formaldehyde (last visited Aug. 20, 2024).

[24] U.S. Centers for Disease Control and Prevention, *Facts About Benzene,* https://emergency.cdc.gov/agent/benzene/basics/facts.asp#:~:text=The%20Department%20of%20Health%20and,of%20the%20blood%2Dforming%20organs (last visited Aug. 20, 2024).

[25] National Cancer Institute, *PFAS Exposure and Risk of Cancer,* https://dceg.cancer.gov/research/what-we-study/pfas (last visited Aug. 20, 2024).

[26] Agency for Toxic Substances and Disease Registry, *ToxFAQs for 1,3*-Butadiene, https://wwwn.cdc.gov/TSP/ToxFAQs/ToxFAQsDetails.aspx?faqid=458&toxid=81 (last visited Aug. 20, 2024)

[27] Raffaele Marfella et al., *Microplastics and nanoplastics in Atheromas and Cardiovascular Events* (Mar. 6, 2024), https://www.nejm.org/doi/full/10.1056/NEJMoa2309822.

Request for Supplemental EIS
September 20, 2024
Page 8 of 11

A recent study found that PET fibers were commonly found in the tissues of marine mammals.[28] These microplastics can cause inflammation, tissue damage, fertility problems, endocrine disruption, and behavioral changes, diminishing the resiliency of marine species, including baleen whales.[29]

The number of published studies considering the effects of microplastic particles on aquatic organisms is considerable. In aquatic invertebrates, microplastics cause a decline in feeding behavior and fertility, slow down larval growth and development, increase oxygen consumption, and stimulate the production of reactive oxygen species. In fish, the microplastics may cause structural damage to the intestine, liver, gills, and brain, while affecting metabolic balance, behavior, and fertility; the degree of these harmful effects depends on the particle sizes and doses, as well as the exposure parameters.[30]

The Final EIS's analysis on the release of these toxins and debris from blade failures and Project equipment failures is nonexistent.

NMFS' analysis in the Biological Opinion is also deficient. While the release of microplastics is discussed, that discussion and analysis are minimal and only apply to the Giant Manta Ray and no other species.[31]

A broken or collapsed turbine poses a lethal threat to nearby boaters and fishermen in the area, marine mammals and fish—including listed species—and all those that come in contact with the debris and any of the chemicals released. The threat of a blade or turbine failure is not imagined or hypothetical, and it should have been evaluated and

---

[28] Greg B. Merrill et al., *Microplastics in Marine Mammal Blubber, Melon, & Other Tissues: Evidence of Translocation*, Environ Pollut. (Oct. 15, 2023), https://pubmed.ncbi.nlm.nih.gov/37541381/.

[29] Natalia Zolotova et al., *Harmful Effects of the Microplastic Pollution on Animal Health: A Literature Review* (June 14, 2022), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9205308/; Marine Mammals Management Toolkit, *Study: Microplastics Found in 2/3 Marine Mammals*, (Aug. 15, 2023), https://marine-mammals.info/study-microplastics-found-in-2-3-marine-mammals/.

[30] Natalia Zolotova et al., *Harmful Effects of the Microplastic Pollution on Animal Health: A Literature Review,* National Library of Medicine (June 14, 2022), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9205308/.

[31] National Marine Fisheries Service, Biological Opinion (June 18, 2024) at 93-94, https://repository.library.noaa.gov/view/noaa/61632.

Request for Supplemental EIS
September 20, 2024
Page 9 of 11

raised in the Government's environmental review documents before BOEM or any other agency issued its approvals. But because BOEM, NMFS, and the Developer glossed over the possibility of blade and turbine failures, the public was never informed that this event could occur and had no real opportunity to comment on the scenario. We now know how real and possible blade failure is and we, as well as the public, must have an opportunity to see these risks and safety issues analyzed and have an opportunity to evaluate and comment on any mitigation measures or preventative measures proposed by BOEM, NMFS, and the Developer. Because of this new information, BOEM must prepare a supplemental EIS.

BOEM and NMFS have a continuing obligation to request reinitiation when new information or events reveal additional effects that that may affect endangered species.[32] Vineyard Wind's blade failure and the highly likely chance that several blades at the Maryland Offshore Wind Project and the 30-odd other offshore wind projects slated for approval will fail over the lifetime of the Project have triggered BOEM and NMFS's continuing obligation. NMFS has a duty to evaluate the impacts of the release of these microplastics and toxins on all endangered species in the area. Failing to do so shirks its duties under the ESA, which commands "all federal agencies 'to ensure that actions authorized, funded, or carried out by them do not jeopardize the continued existence' of an endangered species or 'result in the destruction or modification of habitat of such species . . . .' This language admits of no exception."[33]

**Conclusion**

A Supplemental EIS and reinitiation of Section 7 consultation for the Maryland Offshore Wind Project are necessary now because the new information regarding blade and turbine failures—highlighted by the recent failures at Vineyard Wind and Dogger Bank "provide[] a dangerously different picture of the environmental landscape."[34] The absence of adequate (or any) discussion, consideration, and analysis of these issues in the

---

[32] 50 C.F.R. § 402.16.

[33] *Tennessee Valley Auth. v. Hill*, 437 U.S. 153, 173 (1978) (quoting 16 U.S.C. § 1536 (1976)).

[34] *Nat'l Comm. for the New River v. FERC*, 373 F.3d 1323, 1330 (D.C. Cir. 2004).

Request for Supplemental EIS
September 20, 2024
Page 10 of 11

Final EIS, Biological Opinion, and other environmental review documents "undermine[s] informed public comment and informed decisionmaking."[35]

Your failure to disclose the impacts from possible blade and turbine failures can be remedied before any construction takes place and we implore you to follow the law and publish a Supplemental EIS and reinitiate Section 7 consultation.

Yours truly,

Dated: September 20, 2024

Nancie G. Marzulla
Roger J. Marzulla
Mollie A. Jackowski
Marzulla Law, LLC
1150 Connecticut Avenue NW
Suite 1050
Washington, DC 20036
(202) 822-6760
nancie@marzulla.com
roger@marzulla.com
mollie@marzulla.com

Bruce F. Bright
Heather E. Stansbury
Ayres, Jenkins, Gordy & Almand, P.A.
6200 Coastal Highway, Suite 200
Ocean City, Maryland 21842
bbright@ajgalaw.com
hstansbury@ajgalaw.com
410-723-1400

Attorneys for Mayor and City Council of Ocean City, Maryland, the County Commissioner of Worcester County, Maryland, the

---

[35] *Mayo v. Reynolds*, 875 F.3d 11, 20 (D.C. Cir. 2017).

Request for Supplemental EIS
September 20, 2024
Page 11 of 11

Mayor and Town Council of Fenwick Island, Bay Shore Development Corporation, Castle in the Sand, Inc., Citizens for Ocean City, Inc., the Coastal Association of Realtors of Maryland, Inc., the Delmarva Community Managers Association, Inc., Fager's Island LTD., George Topping, James Hospitality LLC, Little Salisbury Civic Association, Inc., Ocean Amusements, Inc., Ocean City Development Corporation, the Ocean City Hotel-Motel-Restaurant Association, Inc., Ocean City Marlin Club, Inc., Ocean City, Maryland, Chamber of Commerce, Inc., Skilligalee Seafood, LLC, Skilligalee, Inc., Sunset Marina, LLC (d/b/a Ocean City Fishing Center), Sunset Marina, LLC (d/b/a OC Fisherman's Marina), Sunset Marina, LLC (d/b/a Sunset Marina), The Harrison Group, Time, Inc., and White Marlin Open Inc.