**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| MAYOR AND CITY COUNCIL OF OCEAN CITY, MARYLAND, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No.: 1:24-cv-03111-SAG |
| UNITED STATES DEPARTMENT OF INTERIOR, *et al.*, | ) ) ) | |
| *Federal Defendants*, and | ) ) ) ) | |
| US WIND, INC. | ) ) ) | |
| *Defendant-Intervenor*. | ) ) ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Having considered Federal Defendants' Motion for a 29-day extension of time to file their cross-motion and opposition to Plaintiffs' motion for summary judgment in the above-captioned case, it is hereby ORDERED that the motion is GRANTED. Therefore, the Federal Defendants' deadline, and all other remaining deadlines for the cross-motions for summary judgment, shall be extended 29 days, as follows:

| | |
|---|---|
| **Defending Parties' Combined Oppositions and Cross Motions** | June 26, 2026 |
| **Plaintiff's Combined Reply in Support of and Opposition to Cross Motions** | August 11, 2026 |
| **Defending Parties' Replies in Support of Cross Motions** | September 1, 2026 |

Dated: _____May 11, 2026_____        _____/s/_____
The Honorable Judge Stephanie A. Gallagher

1