**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF OCEAN CITY, MARYLAND, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, *et al.*,<br><br>*Federal Defendants*,<br>and<br><br>US WIND, INC.<br><br>*Defendant-Intervenor*. | Case No.: 1:24-cv-03111-SAG |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Having considered Federal Defendants' Motion for a 28-day extension of time to file their cross-motion and opposition to Plaintiffs' motion for summary judgment in the above-captioned case, it is hereby ORDERED that the motion is GRANTED. Therefore, the Federal Defendants' deadline, and all other remaining deadlines for the cross-motions for summary judgment, shall be extended 28 days, as follows:

| | |
|---|---|
| **Defending Parties' Combined Oppositions and Cross Motions** | July 24, 2026 |
| **Plaintiff's Combined Reply in Support of and Opposition to Cross Motions** | September 8, 2026 |
| **Defending Parties' Replies in Support of Cross Motions** | September 29, 2026 |

Dated: June 12, 2026

/s/
The Honorable Judge Stephanie A. Gallagher