**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| MAYOR AND CITY COUNSEL OF OCEAN CITY, MARYLAND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Federal Defendants,<br><br>and<br><br>US WIND, INC.,<br><br>Defendant-Intervenor. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:24-CV-03111 |

**ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Having considered Federal Defendants' Unopposed Motion for Extension of Time to File Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment, it is hereby **ORDERED** that the Motion is **GRANTED**. Therefore, Federal Defendants' deadline, and all other remaining deadlines for the cross-motions for summary judgment, shall be extended 21 days, as follows:

| | |
|---|---|
| **Defending Parties' Combined Oppositions and Cross Motions** | Oct. 13, 2026 |
| **Plaintiff's Combined Reply in Support of and Opposition to Cross Motions** | Dec. 4, 2026 |
| **Defending Parties' Replies in Support of Cross Motions** | Dec. 25, 2026 |

Dated: September 17, 2026

/s/

The Hon. Stephanie A. Gallagher
U.S. District Judge