**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

MAYOR AND CITY COUNCIL OF OCEAN CITY, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

Defendants,

and

US WIND, INC.,

Defendant-Intervenor.

Case No. 1:24-cv-03111-SAG

**DEFENDANT-INTERVENOR US WIND'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Under Rule 56 of the Federal Rules of Civil Procedure, Defendant-Intervenor US Wind, Inc., cross-moves for summary judgement. As set forth in the accompanying Memorandum in Support, the administrative record demonstrates that the challenged agency actions complied with all applicable statutory requirements. US Wind thus requests that the Court deny Plaintiffs' Motion for Summary Judgment, grant US Wind's Cross-Motion for Summary Judgment, and enter judgment accordingly.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Toyja E. Kelley*

Toyja E. Kelley, Sr. (D. Md. Bar No. 26949)
Emily Huggins Jones (*pro hac vice*)
Gregory L. Waterworth (D. Md. Bar No. 20938)
**TROUTMAN PEPPER LOCKE LLP**
701 8th Street, N.W., Suite 500
Washington, D.C. 20001
Telephone: (202) 220-6900
Facsimile: (202) 220-6945
toyja.kelley@troutman.com
emily.hugginsjones@troutman.com
greg.waterworth@troutman.com

Hilary Tompkins (*pro hac vice*)
Sean Marotta (*pro hac vice*)
**HOGAN LOVELLS CADWALADER US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5617
hilary.tompkins@hlc.com
sean.marotta@hlc.com

***Attorneys for Defendant-Intervenor US Wind, Inc.***

**CERTIFICATE OF SERVICE**

I certify that on October 13, 2026, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Toyja E. Kelley*
Toyja E. Kelley, Sr. (D. Md. Bar No. 26949)