**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Mayor and City Council of Ocean City, et al. *

**Plaintiff,** *

**v.** * **Case No.** 1:24-cv-03111-SAG

United States Department of Interior, et al. and US Wind, Inc. *

**Defendant.** *

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Check one.**

☐ Exhibit _________ which is an attachment to ______________________________

______________________________________________________________

will be electronically filed under seal within 24 hours of the filing of this Notice.

☒ US Wind's Memorandum in Support of its Cross-Motion for Summary Judgment

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by email.

10/13/2026
Date

Toyja E. Kelley, Sr.
Signature

Toyja E. Kelley, Sr. (D. Md. Bar No. 26949)
Printed Name and Bar Number

701 8th Street, N.W., Suite 500 Washington, D.C. 20001
Address

toyja.kelley@troutman.com
Email Address

(202) 220-6900
Telephone Number

(202) 220-6945
Fax Number