**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF OCEAN CITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants,<br><br>and<br><br>US WIND, INC.,<br><br>Defendant-Intervenor. | Case No. 1:24-cv-03111-SAG |

**DEFENDANT-INTERVENOR US WIND'S MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW UNDER SEAL**

Under Local Rule 105.11 and paragraph 9(b) of the Protective Order, ECF 132, Defendant-Intervenor US Wind, Inc., respectfully moves for leave to file under seal its memorandum in opposition to Plaintiffs' summary judgment motion and in support of its cross-motion for summary judgment and to file a redacted version for the public docket. The Federal Defendants do not object to this motion; Plaintiffs did not respond to US Wind's request for their position on this motion by the time of filing.

Although there exists a common law right of access to inspect and copy judicial documents, that right is not absolute. *In Re Knight Publishing Co.*, 743 F.2d 231, 235 (4th Cir. 1984). "[A] judicial officer may deny access to judicial documents if sealing is essential to preserve higher values and narrowly tailored to serve that interest." *Doe v. University of Maryland Med. Sys.*

*Corp.*, No. CV SAG-23-1572, 2023 WL 3949737, at *1 (D. Md. June 12, 2023) (Gallagher, J.) (quotations omitted). "A motion to seal in this Court must also comply with Local Rule 105.11, which requires that the motion 'shall include (a) proposed reasons supported by specific factual representations to justify the sealing and (b) an explanation why alternatives to sealing would not provide sufficient protection.' " *Id.* (quoting L.R. 105.11). Accordingly, "[b]efore granting a motion to seal, the court should consider less drastic alternatives to sealing, such as filing redacted versions of the documents." *Id.* (quotations omitted).

Good cause exists to permit sealing here in light of the confidential nature of the files at issue and because US Wind has taken steps to limit any burden on the public's right of access using redactions. Plaintiffs' summary-judgment motion relied on various records that have been designated as Confidential under the Protective Order; to respond to Plaintiffs' arguments, US Wind must cite and discuss portions of the same documents. Public disclosure of those materials would therefore reveal information that has been designated as Confidential. *See* ECF 132 ¶ 9.

No adequate alternative to limited sealing exists. The confidential information is directly relevant to the arguments addressed in the memorandum, and meaningful response to Plaintiffs' arguments requires discussion of that information. At the same time, US Wind seeks to minimize any restriction on public access. Accordingly, contemporaneously with this motion, US Wind is filing both (1) an unredacted version of its memorandum under seal and (2) a redacted version containing only those redactions necessary to protect confidential information, which can be placed on the public docket.

For the foregoing reasons, the motion should be granted.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Toyja E. Kelley*

Toyja E. Kelley, Sr. (D. Md. Bar No. 26949)
Emily Huggins Jones (*pro hac vice*)
Gregory L. Waterworth (D. Md. Bar No. 20938)
**TROUTMAN PEPPER LOCKE LLP**
701 8th Street, N.W., Suite 500
Washington, D.C. 20001
Telephone: (202) 220-6900
Facsimile: (202) 220-6945
toyja.kelley@troutman.com
emily.hugginsjones@troutman.com
greg.waterworth@troutman.com

Hilary Tompkins (*pro hac vice*)
Sean Marotta (*pro hac vice*)
**HOGAN LOVELLS CADWALADER US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5617
hilary.tompkins@hlc.com
sean.marotta@hlc.com

***Attorneys for Defendant-Intervenor US Wind, Inc.***

**CERTIFICATE OF SERVICE**

I certify that on October 13, 2026, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

*/s/ Toyja E. Kelley*
Toyja E. Kelley, Sr. (D. Md. Bar No. 26949)